# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MOTOROLA, INC.,**       )<br>                          )<br>  *Plaintiff,*              )<br>                          )<br>  v.                      )<br>                          )   **CIVIL NO. 3:10-CV-00480-K**<br>                          )<br>**RESEARCH IN MOTION LIMITED** )<br>**and RESEARCH IN MOTION**     )<br>**CORPORATION,**               )<br>                          )<br>  *Defendants.*             | |

## ORDER OF STIPULATED DISMISSAL

WHEREAS, parties Research In Motion Ltd., Research In Motion Corp., and Motorola, Inc., as indicated by the signatures of counsel appearing below, have agreed to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW, THEREFORE, it is ordered as follows:

(a) All claims and counterclaims by Research In Motion Ltd. and Research In Motion Corp. against Motorola, Inc. are hereby dismissed with prejudice.

(b) All claims and counterclaims by Motorola, Inc. against Research In Motion Ltd. and Research In Motion Corp. are hereby dismissed with prejudice.

(c) Each party shall bear its own costs, expenses, and attorney's fees attributable to the prosecution and defense of this action.

SO ORDERED, this 25th day of June, 2010.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**

**STIPULATED AND AGREED**

| | |
|---|---|
| Attorneys for<br>RESEARCH IN MOTION LIMITED<br>RESEARCH IN MOTION CORPORATION | Attorneys for<br>MOTOROLA, INC. |
| */s/ John R. Emerson* | */s/ Eric W. Pinker* |
| George W. Bramblett, Jr. , Esq.<br>Phillip B. Philbin, Esq. | Eric W. Pinker, P.C., Esq.<br>Mark E. Turk, Esq.<br>LYNN TILLOTSON PINKER & COX, LLP |
| John R. Emerson, Esq.<br>HAYNES AND BOONE, LLP<br>2323 Victory Ave, Suite 700<br>Dallas, TX 75219<br>(214) 651-5000<br>(214) 200-5940 - telcopier | 750 N. St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>(214) 981-3827<br>(214) 981-3839 - telecopier |
| William F. Lee (Admitted *Pro Hac Vice*)<br>Dominic E. Massa (Admitted *Pro Hac Vice*) | Jesse J. Jenner (Admitted *Pro Hac Vice*)<br>Steven Pepe (Admitted *Pro Hac Vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 596-9000<br>*jesse.jenner@ropesgray.com* |
| Michelle D. Miller (Admitted *Pro Hac Vice*) | |
| WILMER CUTLER PICKERING HALE AND DORR, LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 - telecopier | Nicole M. Jantzi (Admitted *Pro Hac Vice*)<br>Kevin J. Post (Admitted *Pro Hac Vice*)<br>Ropes & Gray LLP<br>700 12th Street, NW, Suite 900<br>Washington, DC 20005<br>(202) 508-4600<br>*nicole.jantzi@ropesgray.com* |
| David J. Shenk (Admitted *Pro Hac Vice*)<br>Randall W. Mishler (Admitted *Pro Hac Vice*)<br>Research in Motion Corporation<br>5000 Riverside Drive, Bldg 6, Suite 100<br>Irving, Texas 75039 | |